# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2017

## NO. 03-16-00254-CV

**Michael Morath, in his Official Capacity as Texas Commissioner of Education; and Michael Berry, in his Official Capacity as Deputy Commissioner of Education, Appellant**

**v.**

**Progreso Independent School District, Appellee**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### REVERSED AND RENDERED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the district court on April 1, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the district court's order and renders judgment dismissing PISD's claims. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.